IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY T. DURST,

            Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

            Defendant.

ORDER

13-cv-255-wmc

---

    This case is before the court pursuant to a stipulation for remand filed on November 8, 2013, based on an agreement by the parties that the case should be remanded to the Commissioner for further proceedings.

    THEREFORE, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The clerk of court is directed to enter judgment accordingly.

    Entered this 12th day of November, 2013.

                                          BY THE COURT:

                                          WILLIAM M. CONLEY
                                          District Judge