IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY DURST,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 13-cv-255-wmc

CAROLYN W. COLVIN,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff, Gregory Durst, awarding attorney fees and expenses under the Equal Access to Justice Act in the amount of $3,100.00.

| s/ R.Plender, Deputy Clerk | 12/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |